No. 99–1077.  THAN v. UNIVERSITY OF TEXAS MEDICAL SCHOOL AT HOUSTON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–1090.  KANSAS CITY SOUTHERN RAILWAY CO. v. RUSHING ET UX.  C. A. 5th Cir.  Certiorari denied.

No. 99–1091.  HAMIL AMERICA, INC. v. GFI, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–1094.  FRANKLIN v. STAINER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–1095.  REDLER v. JACKSON COUNTY, OREGON.  Ct. App. Ore.  Certiorari denied.

No. 99–1097.  ROBERTS v. SLATER, SECRETARY OF TRANSPORTATION.  C. A. 4th Cir.  Certiorari denied.

No. 99–1102.  SALVATORI v. WESTINGHOUSE ELECTRIC CORP. C. A. 11th Cir.  Certiorari denied.

No. 99–1103.  MANN v. CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–1104.  WHITE ET UX. v. SECURITY PACIFIC FINANCIAL SERVICES, INC.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–1105.  GREENE v. BERGER & MONTAGUE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–1107.  GRINE ET AL. v. COOMBS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 99–1108.  ROCKWOOD v. UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 99–1115.  SCOTT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–1116.  BRASWELL v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.